IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK MACKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No. 4:23-CV-03915 |
| STORE MASTER FUNDING XXIII, LLC and | ) | |
| LUBY'S RESTAURANT CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, KIRK MACKEY and Defendants, STORE MASTER FUNDING XXIII, LLC and LUBY'S RESTAURANT CORPORATION, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 29th day of February, 2024.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ *Douglas S. Schapiro*_____
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

*/s/  Dean G. Pappas*
Dean G. Pappas, Esq.
Texas Bar No. 15454375
Dean G. Pappas Law Firm, PLLC
8588 Katy Freeway, Suite 100
Houston, TX  77024
Tel:  713-914-6200
Email:  dpappas@dgplawfirm.com


Attorney for Defendant


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of February, 2024, we electronically filed the

forgoing with the Clerk of the Court by using the CM/ECF system.


/s/  Douglas S. Schapiro
Douglas S. Schapiro
Southern District of Texas ID No. 3182479