United States District Court
Southern District of Texas
**ENTERED**
March 01, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KIRK MACKEY,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-03915 |
| § | |
| **STORE MASTER FUNDING XXIII, LLC,** § | |
| *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

The parties in this case have filed a Joint Stipulation of Dismissal with Prejudice. ECF No. 19. In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims against all Defendants are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, fees, and expenses. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 1st day of March, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE